801 A.2d 1132

IN THE MATTER OF PHILIP S. NOCE AN ATTORNEY AT LAW.

July 25, 2002.

## ORDER

**PHILIP S. NOCE** of **RIVER EDGE,** who was admitted to the bar of this State in 1972, having pleaded guilty to one count of conspiracy to commit mail fraud in violation of 18 *U.S.C.A.* 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **PHILIP S. NOCE** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **PHILIP S. NOCE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **PHILIP S. NOCE** comply with *Rule* 1:20–20 dealing with suspended attorneys.